UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | CIVIL ACTION NO.: |
| v. | JUDGE |
| ONE FIREARM DESCRIBED AS A<br>KELTEC, CNC INDUSTRIES, INC.,<br>SEMI-AUTOMATIC RIFLE,<br>SUB-2000, SERIAL NO. FFWR37<br>Defendant *in rem* | MAGISTRATE JUDGE |

## **VERIFICATION**

I, Christopher Voinche, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") for the United States of America, verify and declare under penalty of perjury that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the complaint are true to my own personal knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States of America, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Task Force Officer of the ATF.

I verify and declare under penalty of perjury that the foregoing is true and correct.

Signed November 10, 2022.

Christopher Voinche
TFO, ATF